# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MATTHEW AMICO, DEVON EDLIN, HENRICK HAMBERG, TIFFANY HAYES, ROSEANNE HUNTER, and CHRISTOPHER LANDRY, <br><br> Plaintiffs, <br><br> v. <br><br> RELIANT REHABILITATION HOLDINGS, INC., HIG CAPITAL LLC, MARQUIS HEALTH SERVICES, and TRYCO PARTNERS LLC, <br><br> Defendants. | Civil Action No. 18-12426 (DJC) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF REMAINING CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), undersigned counsel for Plaintiffs-Relators previously notified this Court that all Counts *except* Counts XIII and XIV of the Complaint were being dismissed without prejudice. (Dkt. ## 23-25). By this Notice, undersigned counsel now dismisses without prejudice the remaining pending Counts XIII and XIV of the Complaint.

Dated: June 23, 2021

Respectfully submitted,

/s/ *Suzanne E. Durrell*
Suzanne E. Durrell (BBO #139280)
Email: suzanne@whistleblowerllc.com
Bruce C. Judge (CA Bar #148805)
Email: bruce@whistleblowerllc.com
WHISTLEBLOWER LAW COLLABORATIVE LLC
20 Park Plaza, Suite 438
Boston, MA 02116-4334
Tel: (617) 366-2800
Fax: (888) 676-7420

*Counsel for Plaintiffs-Relators*

## CERTIFICATE OF SERVICE

I, Suzanne E. Durrell, hereby certify that I have on this date served an electronic copy of the foregoing document on the attorneys of record representing the interests of the United States of America. As the Defendants have not been served the Complaint and have not filed appearances, they are not being served with this Notice.

Dated: June 23, 2021         */s/ Suzanne E. Durrell*
                             Suzanne E. Durrell